IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JESSE JAMES | NO: 5:16-cv-00448-SMH-MLH |
| Versus | JUDGE HICKS |
| MRC RECEIVABLES CORP., ET AL | MAGISTRATE-JUDGE HORNSBY |

**PLAINTIFF'S NOTICE OF SETTLEMENT WITH
REMAINING DEFENDANTS, MRC RECEIVABLES CORP., MIDLAND
FUNDING, LLC, PERFORMANCEONE FINANCIAL, INC. F/K/A ENCORE
CAPITAL GROUP, INC. D/B/A MIDLAND CREDIT
MANAGEMENT, INC., and MIDLAND CREDIT MANAGEMENT, INC.**

MAY IT PLEASE THE COURT:

    Plaintiff, JESSE JAMES, respectfully provides notice to this Honorable Court that he has reached a settlement with all remaining defendants, MRC RECEIVABLES CORP., MIDLAND FUNDING, LLC, PERFORMANCEONE FINANCIAL, INC. F/K/A ENCORE CAPITAL GROUP, INC. D/B/A MIDLAND CREDIT MANAGEMENT, INC., and MIDLAND CREDIT MANAGEMENT, INC., and that these parties will be exchanging settlement papers and proceeds shortly and thereafter submit a joint motion and order to dismiss all remaining claims and all remaining defendants, MRC RECEIVABLES CORP., MIDLAND FUNDING, LLC, PERFORMANCEONE FINANCIAL, INC. F/K/A ENCORE CAPITAL GROUP, INC. D/B/A MIDLAND CREDIT MANAGEMENT, INC., and MIDLAND CREDIT MANAGEMENT, INC.

Respectfully submitted,

**BODENHEIMER, JONES & SZWAK, LLC**

**By:** /s/ David A. Szwak
     **DAVID A. SZWAK, La.BR #21157**
     416 Travis Street, Suite 1404
     Mid South Tower
     Shreveport, Louisiana 71101
     (318) 424-1400
     FAX 221-6555
**COUNSEL FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing a copy of same in the United States Mail, properly addressed and first class postage pre-paid on this the 20th day of August, 2018.

/s/ David A. Szwak

**DAVID A. SZWAK**