UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JESSE JAMES                                                           NO: 5:16-cv-0448

Versus                                                                    JUDGE HICKS

MRC RECEIVABLES CORP., MIDLAND                  MAGISTRATE-JUDGE HORNSBY
FUNDING, LLC, PERFORMANCEONE
FINANCIAL, INC. F/K/A ENCORE CAPITAL
GROUP, INC. D/B/A MIDLAND CREDIT
MANAGEMENT, INC., MIDLAND CREDIT
MANAGEMENT, INC., EQUABLE ASCENT
FINANCIAL, LLC, and CAVALRY PORTFOLIO
SERVICES, LLC

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes JESSE JAMES, Plaintiff, who seeks to dismiss, with prejudice, all remaining defendants, MRC RECEIVABLES CORP., MIDLAND FUNDING, LLC, PERFORMANCEONE FINANCIAL, INC. F/K/A ENCORE CAPITAL GROUP, INC. D/B/A MIDLAND CREDIT MANAGEMENT, INC., MIDLAND CREDIT MANAGEMENT, INC., and all remaining claims in this Action, with each party bearing their own respective costs.

WHEREFORE JESSE JAMES PRAYS for an order granting this motion.

Respectfully submitted:

**BODENHEIMER, JONES & SZWAK, LLC**

By:  /s/ David A. Szwak
    _____
    **DAVID A. SZWAK, LBR#21157, T.A.**
    416 Travis Street, Ste. 1404
    Mid South Tower
    Shreveport, Louisiana 71101
    [318] 424-1400/FAX   221-6555
    **ATTORNEYS FOR PLAINTIFF**

## **C E R T I F I C A T E**

 I HEREBY CERTIFY that I have mailed, by first class mail, properly post marked and addressed, a true, correct and complete copy of the foregoing to opposing counsel of record, on this the 12th day of September, 2018.

               /s/ David A. Szwak

               _____
               **DAVID A. SZWAK**