UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JESSE JAMES | NO: 5:16-cv-0448 |
| VERSUS | JUDGE HICKS |
| MRC RECEIVABLES CORP., MIDLAND FUNDING, LLC, PERFORMANCEONE FINANCIAL, INC. F/K/A ENCORE CAPITAL GROUP, INC. D/B/A MIDLAND CREDIT MANAGEMENT, INC., MIDLAND CREDIT MANAGEMENT, INC., EQUABLE ASCENT FINANCIAL, LLC, and CAVALRY PORTFOLIO SERVICES, LLC | MAGISTRATE-JUDGE HORNSBY |

**ORDER ON MOTION TO DISMISS WITH PREJUDICE**

Considering the prior Notice of Settlement between the remaining parties and now this Motion to Dismiss with Prejudice:

IT IS ORDERED that Plaintiff's Motion to Dismiss with Prejudice is GRANTED and all remaining defendants, MRC RECEIVABLES CORP., MIDLAND FUNDING, LLC, PERFORMANCEONE FINANCIAL, INC. F/K/A ENCORE CAPITAL GROUP, INC. D/B/A MIDLAND CREDIT MANAGEMENT, INC., MIDLAND CREDIT MANAGEMENT, INC., and all remaining claims in this Action, are hereby DISMISSED WITH PREJUDICE, with each party bearing their own respective costs.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 13th day of September, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT